

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| IN RE: | | No. 08-18-00201-CR |
| | § | |
| ERIC DEE MILDON, | | AN ORIGINAL PROCEEDING |
| | § | |
| Relator. | | IN MANDAMUS |
| | § | |

## J U D G M E N T

The Court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Yahara Gutierrez, Judge of the 65th District Court of El Paso County, Texas, and concludes that Relator's petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 28TH DAY OF NOVEMBER, 2018.

GINA M. PALAFOX, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.